IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANIEL VERA**  
**ADC #133690**                                                                       **PLAINTIFF**

**v.**                    **CASE NO. 2:21-CV-00028-BSM**

**DOES**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE